1  MEGAN K. DORSEY, ESQ.
   Nevada Bar No. 6959
2  IAN P. GILLAN, ESQ.
   Nevada Bar No. 9034
3  KOELLER NEBEKER CARLSON & HALUCK, LLP
4  300 South Fourth Street, Suite 500
   Las Vegas, NV 89101
5  Phone: (702) 853-5500
   Fax: (702) 853-5599
6  Attorneys for Defendant,
   LIBERTY INSURANCE CORPORATION
7

8
                    UNITED STATES DISTRICT COURT
9
                         DISTRICT OF NEVADA
10

11  DARNELL GRAHAM,              )   CASE NO. 2:12-cv-00343-KJD-RJJ
                                 )
12          Plaintiff,            )   **STIPULATION AND ORDER FOR**
                                 )   **DISMISSAL WITH PREJUDICE**
13  vs.                          )
                                 )
14  LIBERTY INSURANCE            )
    CORPORATION: DOES I through V; and )
15  ROE CORPORATIONS I through XX, )
    inclusive,                   )
16                               )
                                 )
17          Defendants.

18      **IT IS HEREBY STIPULATED BY AND BETWEEN**, Defendant, LIBERTY
19  INSURANCE CORPORATION [hereinafter referred to as "Defendant"], by and through its
20  counsel of record, Ian P. Gillan, Esq., of the law firm of KOELLER, NEBEKER, CARLSON
21  & HALUCK, LLP, and Plaintiff, DARNELL GRAHAM [hereinafter referred to as
22  "Plaintiff"], by through his counsel of record, David D. Boehrer, Esq., of DAVID BOEHRER
23  LAW FIRM, that Plaintiff
24  ///
25  ///
26  ///
27
28

136003-1

1  dismisses his Complaint against Defendant with prejudice, each party to bear its own fees and
2  costs.

3  DATED this 2~ day of April, 2012.                    DATED this 23 day of April, 2012.

5  KOELLER NEBEKER CARLSON                              DAVID BOEHRER LAW FIRM
   & HALUCK, LLP

7  By: _____                          By: _____
8  IAN P. GILLAN, ESQ.                                  DAVID D. BOEHRER, ESQ.
   Nevada Bar No. 9034                                  Nevada Bar No. 9517
9  300 South Fourth Street, Suite 500                   701 North Green Valley Parkway
   Las Vegas, NV 89101                                  Suite 200
10 Attorneys for Defendant,                             Henderson, Nevada 89074
   LIBERTY INSURANCE                                    Attorney for Plaintiff,
11 CORPORATION                                          DARNELL GRAHAM

12                                     **ORDER**

13         **IT IS SO ORDERED.**

14                                     _____
15                                     U.S. DISTRICT COURT JUDGE

16                                     DATED: 4/24/12

17 Submitted by,
   KOELLER, NEBEKER CARLSON
18 & HALUCK, LLP

20 By: _____
   IAN P. GILLAN, ESQ.
21 Nevada Bar No. 9034
   300 South Fourth Street, Suite 500
22 Las Vegas, NV 89101
   Attorneys for Defendant,
23 LIBERTY INSURANCE CORPORATION

136003-1