1  MEGAN K. DORSEY, ESQ.
   Nevada Bar No. 6959
2  IAN P. GILLAN, ESQ.
   Nevada Bar No. 9034
3  KOELLER NEBEKER CARLSON & HALUCK, LLP
4  300 South Fourth Street, Suite 500
   Las Vegas, NV  89101
5  Phone:  (702) 853-5500
   Fax:   (702) 853-5599
6  Attorneys for Defendant,
7  LIBERTY INSURANCE CORPORATION

8                   UNITED STATES DISTRICT COURT

9                        DISTRICT OF NEVADA
10

11 DARNELL GRAHAM,                )   CASE NO. 2:12-cv-00343-KJD-RJJ
                                  )
12              Plaintiff,        )   **STIPULATION AND ORDER FOR**
                                  )   **DISMISSAL WITH PREJUDICE**
13 vs.                            )
                                  )
14 LIBERTY INSURANCE              )
15 CORPORATION: DOES I through V; and )
   ROE CORPORATIONS I through XX, )
16 inclusive,                     )
                                  )
17              Defendants.       )

18     **IT IS HEREBY STIPULATED BY AND BETWEEN**, Defendant, LIBERTY

19 INSURANCE CORPORATION [hereinafter referred to as "Defendant"], by and through its

20 counsel of record, Ian P. Gillan, Esq., of the law firm of KOELLER, NEBEKER, CARLSON

21 & HALUCK, LLP, and Plaintiff, DARNELL GRAHAM [hereinafter referred to as

22 "Plaintiff"], by through his counsel of record, David D. Boehrer, Esq., of DAVID BOEHRER

23 LAW FIRM, that Plaintiff

24 ///

25 ///

26 ///

27

28

1  dismisses his Complaint against Defendant with prejudice, each party to bear its own fees and

2  costs.

3  DATED this ___ day of April, 2012.          DATED this 23 day of April, 2012.

4

5  KOELLER NEBEKER CARLSON          DAVID BOEHRER LAW FIRM
     & HALUCK, LLP

6

7  By:_____          By:_____
        IAN P. GILLAN, ESQ.                    DAVID D. BOEHRER, ESQ.

8      Nevada Bar No. 9034                    Nevada Bar No. 9517
        300 South Fourth Street, Suite 500      701 North Green Valley Parkway

9      Las Vegas, NV 89101                    Suite 200
        Attorneys for Defendant,              Henderson, Nevada 89074

10    LIBERTY INSURANCE                    Attorney for Plaintiff,
        CORPORATION                          DARNELL GRAHAM

11

12                              **ORDER**

13    **IT IS SO ORDERED.**

14                              _____

15                              U.S. DISTRICT COURT JUDGE

16                              DATED: 4/24/12

17  Submitted by,
      KOELLER, NEBEKER CARLSON

18    & HALUCK, LLP

19

20  By:_____
        IAN P. GILLAN, ESQ.

21    Nevada Bar No. 9034
        300 South Fourth Street, Suite 500

22    Las Vegas, NV 89101
        Attorneys for Defendant,

23    LIBERTY INSURANCE CORPORATION

24

25

26

27

28

136003-1